JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY fka NIC INSURANCE COMPANY, a New York corporation; and DOES 1 through 10 inclusive<br><br>  Defendants. | SACV 13-00802-JVS(AJWx)<br>(Assigned to Hon. James V. Selna)<br><br>**FINAL JUDGMENT** |

Plaintiff St. Paul Mercury Insurance Company's ("St. Paul" or "Plaintiff") Motion for Partial Summary Judgment and Defendant Navigators Specialty Insurance Company's ("Navigators" or "Defendant") Motion for Summary Judgment or in the alternative Partial Summary Judgment were heard in Department 10 of the above-captioned Court, the Honorable James V. Selna presiding, on September 15, 2014, at 1:30 p.m. or soon thereafter.  On September

1

16, 2014, the Court issued an ORDER (Docket No. 61) DENYING St. Paul's Motion for Partial Summary Judgment and GRANTING Navigators' Motion for Summary Judgment.

Accordingly, it is **ORDERED, ADJUEGED, AND DECREED** that:

1. Judgment be, and hereby is, entered in favor of Defendant, Navigators Specialty Insurance Company, and against Plaintiff, St. Paul Mercury Insurance Company; and

2. Plaintiff shall receive nothing in this action.

**SO ORDERED** this 30th day of September, 2014

JAMES V. SELNA
United States District Judge

## CERTIFICATE OF SERVICE

1. I hereby certify that on October 1, 2014 I electronically filed the FINAL JUDGMENT with the Clerk of the Court using the CM/ECF System which automatically generates a Notice of Electronic Filing at the time said document is filed to those counsel listed below which have consented to electronic service which constitutes service pursuant to FRCP 5(b)(2)(E) and L.R. 5-3.3.

**Counsel for Plaintiffs:**

A. Eric Aguilera
eaguilera@aguileragroup.com
**THE AGUILERA LAW GROUP**
650 Town Center Drive, Suite 100
Costa Mesa, CA  92626
Phone:  714-384-6600
Fax:  714-384-6601

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 1, 2014 in San Diego, California.

_Susan P. Kaye_
Susan P. Kaye

1088665/20845627v.1